IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 1:11cr28-SPM

ABBY HOGAN,

            Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, ABBY HOGAN, to Count Five of the

indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for

sentencing as directed.

DONE AND ORDERED this 30th day of March, 2012.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge